## JOHN CONSTANTINE agt. JOHN S. VAN WINKLE.

On a motion for re-taxation of costs, the moving party should show affirmatively, *by affidavit*, how the bill was taxed, and what items were objected to, before the taxing officer. (*See* 1 *Howard*, 136.)

*September Term*, 1846.

MOTION by plaintiff for re-taxation of costs.

The plaintiff moved for re-taxation of costs in this cause, but did not produce any affidavit stating the objections before the taxing officer, or how the bill was taxed.

> E. SANDFORD, *plaintiff's counsel.*
> SANDFORDS & PORTER, *plaintiff's attorneys.*
> M. T. REYNOLDS, *defendant's counsel.*
> A. H. WALLIS, *defendant's attorney.*

BRONSON, Chief Justice. Denied the motion with costs, on the ground that the moving party did not produce an affidavit showing how the bill of costs was taxed, before the taxing officer.